IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERICA ELISOFF,<br><br>                      Plaintiff,<br>    vs.<br><br>DETECTIVE CARL LUNDQUIST, in his individual and official capacities; SERGEANT DOMINIC BRANSON, in his individual and official capacities; CITY AND BOROUGH OF JUNEAU, an Alaska political subdivision; and BLAISE BELLOWS, M.D., in her individual and official capacities,<br><br>                      Defendants. | No. 1:23-cv-0013-HRH |

O R D E R

Motion to Dismiss[1]

Erica Elisoff, plaintiff in the above-captioned matter, by and through counsel, moves to dismiss her complaint in this matter. The motion is unopposed and is therefore granted.

Plaintiff's complaint[2] is dismissed without prejudice. Defendants' motions to dismiss[3] are denied as moot.

DATED at Anchorage, Alaska, this  16th  day of January, 2024.

/s/   H. Russel Holland
United States District Judge

---

[1] Docket No. 19.

[2] Docket No. 1.

[3] Docket Nos. 7 and 9.